IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANIEL R. SMITH,                          )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )   Civil Action No.  00-1281
                                          )
PHILIP JOHNSON, et al.,                   )
                                          )
                    Defendants.           )

**ENTRY OF APPEARANCE**

NOW COMES Mary L. Friedline, Senior Deputy Attorney General, and hereby enters

her appearance in the above-captioned case on behalf of the Defendants, Superintendent Philip

L. Johnson and Publication Review Committee Tim G. Collins.


                              Respectfully submitted,
                              THOMAS W. CORBETT, JR.
                              Attorney General

                    By:       /s/ Mary L. Friedline___
                              MARY L. FRIEDLINE
                              Senior Deputy Attorney General
                              P.A.I.D. #47046

                              Susan J. Forney
                              Chief Deputy Attorney General
                              Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
(412) 565-3520 (phone)
(412) 565-3028 (fax)


Date:  November 3, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2006, I electronically filed the foregoing *Entry of Appearance* with the Clerk of Court using the CM/ECF system.  And I hereby certify that I have mailed the foregoing document by United States Postal Service to the following non CM/ECF participants:

**DANIEL R. SMITH**
BM-1187
SCI-PITTSBURGH
P.O. BOX 99901
PITTSBURGH, PA 15233
PRO SE

/s/Mary L. Friedline_____
MARY L. FRIEDLINE
Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6TH Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-3520

Date:  November 3, 2006