IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL R. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 00-1281 |
| | ) |
| PHILIP JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE

AND NOW come defendants, Superintendent Philip L. Johnson and Publication Review Committee Tim G. Collins, and submit the following in support of their Motion.

1. Attorney Thomas G. Eddy is no longer employed by the Pennsylvania Office of Attorney General. (See Affidavit, attached.)

2. Undersigned counsel, Mary Lynch Friedline, has entered her appearance on behalf of defendants Philip L. Johnson and Tim G. Collins.

3. Accordingly, defendants request that the Court allow the withdrawal of Thomas G. Eddy as their counsel in this matter.

Respectfully submitted,
THOMAS W. CORBETT, JR.
Attorney General

By:   /s/ Mary L. Friedline
MARY L. FRIEDLINE
Senior Deputy Attorney General
P.A.I.D. #47046

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
(412) 565-3520 (phone)
(412) 565-3028 (fax)

Date: November 3, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2006, I electronically filed the foregoing *Entry of Appearance* with the Clerk of Court using the CM/ECF system.  And I hereby certify that I have mailed the foregoing document by United States Postal Service to the following non CM/ECF participants:

**DANIEL R. SMITH**
BM-1187
SCI-PITTSBURGH
P.O. BOX 99901
PITTSBURGH, PA 15233
PRO SE

                                              /s/Mary L. Friedline
                                              MARY L. FRIEDLINE
                                              Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6TH Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-3520

Date:  November 3, 2006