IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL R. SMITH, | ) |
| Plaintiff, | ) Civil Action No. 00-1281 |
| v. | ) |
| PHILIP JOHNSON, et al., | ) |
| Defendants. | ) |

## AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA  :
COUNTY OF ALLEGHENY  :

Before me, the undersigned authority, personally appeared Mary Lynch Friedline, Senior Deputy Attorney General, who deposes and states the following:

1. I am a Senior Deputy Attorney General with the Pennsylvania Office of Attorney General. I am the Attorney-in-Charge of the Civil Litigation Section for the Western Regional Office of the Attorney General.

2. Thomas Eddy, Esquire, who had previously entered his appearance in this case for defendants Johnson and Collins, is no longer employed by the Office of Attorney General.

3. I have entered my appearance on behalf of the defendants and request, on behalf of the Office of Attorney General, that Mr. Eddy's appearance be withdrawn.

*[signature]*
Mary Lynch Friedline
Senior Deputy Attorney General
PA. I.D. #47046

Sworn to and subscribed before me this
6th day of November, 2006

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Catherine D. Camprobst, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires May 2, 2009