IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL R. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 00-1281 |
| | ) |
| PHILIP JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this _____ day of November, 2006, upon consideration of the foregoing Motion to Withdraw the Appearance of Thomas G. Eddy, it is hereby ordered that said appearance is withdrawn.

                                                 Respectfully submitted,
                                                 THOMAS W. CORBETT, JR.
                                                 Attorney General

                                By:    /s/ Mary L. Friedline____
                                                 MARY L. FRIEDLINE
                                                 Senior Deputy Attorney General
                                                 P.A.I.D. #47046

                                                 Susan J. Forney
                                                 Chief Deputy Attorney General
                                                 Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
(412) 565-3520 (phone)
(412) 565-3028 (fax)

Date: November 3, 2006