IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL R. SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 00-1281 |
| PHILIP JOHNSON, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

AND NOW, this __6th__ day of November, 2006, upon consideration of the foregoing Motion to Withdraw the Appearance of Thomas G. Eddy, it is hereby ordered that said appearance is withdrawn.

SO ORDERED.

*Francis X. Caiazza*

Respectfully submitted,
THOMAS W. CORBETT, JR.
Attorney General

By:  /s/ Mary L. Friedline
MARY L. FRIEDLINE
Senior Deputy Attorney General
P.A.I.D. #47046

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
(412) 565-3520 (phone)
(412) 565-3028 (fax)

Date: November 3, 2006