IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL R. SMITH, | ) | |
| | ) | Civil Action No. 00-1281 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Judge Arthur J. Schwab |
| | ) | Mag. Judge Francis X. Caiazza |
| SUPERINTENDENT PHILIP L. | ) | |
| JOHNSON; PUBLICATION REVIEW | ) | |
| COMMITTEE TIM G. COLLINS, | ) | |
| | ) | |
| Defendants. | ) | Electronically filed. |

## NOTICE OF SUBSTITUTION OF APPEARANCE

TO THE CLERK:

Kindly substitute the appearance of Deputy Attorney General Mariah L. Passarelli for Senior Deputy Attorney General Mary Lynch Friedline on behalf of the defendants in conjunction with the above-captioned case.

                                                Respectfully submitted,

                                                **Thomas W. Corbett, Jr.**
                                                Attorney General

BY:      /s/ Mariah L. Passarelli
              MARIAH L. PASSARELLI
              Deputy Attorney General
              PA I.D. No. 202469

              SUSAN J. FORNEY
              Chief Deputy Attorney General
              Chief Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

(412) 565-3579

Date: February 16, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL R. SMITH, | ) | |
| | ) | Civil Action No. 00-1281 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Judge Arthur J. Schwab |
| | ) | Mag. Judge Francis X. Caiazza |
| SUPERINTENDENT PHILIP L. | ) | |
| JOHNSON; PUBLICATION REVIEW | ) | |
| COMMITTEE TIM G. COLLINS, | ) | |
| | ) | |
| Defendants. | ) | Electronically filed. |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **Notice of Substitution of Appearance** was electronically filed with the Court and served upon the following via first-class mail:

DANIEL R. SMITH
BM-1187
SCI-Fayette
P.O. Box 9999
LaBelle, PA  15450-2200

                                                                         /s/  Mariah L. Passarelli
                                                                        MARIAH L. PASSARELLI
                                                                        Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-3579

Date:   February 16, 2007