**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL R. SMITH, | ) | |
| | ) | Civil Action No. 00-1281 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Judge Arthur J. Schwab |
| | ) | Mag. Judge Francis X. Caiazza |
| SUPERINTENDENT PHILIP L. | ) | |
| JOHNSON; PUBLICATION REVIEW | ) | |
| COMMITTEE TIM G. COLLINS, | ) | |
| | ) | |
| Defendants. | ) | Electronically filed. |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2007, upon consideration of the foregoing **Motion for Extension of Time to File Motion for Summary Judgment** it is hereby **ORDERED** that this motion is **GRANTED**.

BY THE COURT;

_____
J.