IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL R. SMITH, ) | |
| ) | Civil Action No. 00-1281 |
| Plaintiff, ) | |
| ) | |
| V. ) | Judge Arthur J. Schwab |
| ) | Mag. Judge Francis X. Caiazza |
| SUPERINTENDENT PHILIP L. ) | |
| JOHNSON; PUBLICATION REVIEW ) | |
| COMMITTEE TIM G. COLLINS, ) | |
| ) | |
| Defendants. ) | Electronically filed. |

### ORDER OF COURT

AND NOW, to-wit, this __16th__ day of __February__ 2007, upon consideration of the foregoing **Motion for Extension of Time to File Motion for Summary Judgment** it is hereby **ORDERED** that this motion is **GRANTED**.

Motions due April 1, 2007. Responses due May 1, 2007

BY THE COURT;

_Francis X. Caiazza_
M.J.