**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIel R. SMITH, ) | |
| ) | Civil Action No. 00-1281 |
| Plaintiff, ) | |
| ) | |
| V. ) | Judge Arthur J. Schwab |
| ) | Mag. Judge Francis X. Caiazza |
| SUPERINTENDENT PHILIP L. ) | |
| JOHNSON; PUBLICATION REVIEW ) | |
| COMMITTEE TIM G. COLLINS, ) | |
| ) | |
| Defendants. ) | Electronically filed. |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____ 2007, upon consideration of the foregoing **Motion for Extension of Time to File Motion for Summary Judgment Pending Settlement Conference** it is hereby **ORDERED** that this motion is **GRANTED**.

FURTHER, it is **ORDERED** that a telephonic settlement conference is scheduled for Friday, April 13, 2007 at 10:30 AM. The defendants will make arrangements for the Plaintiff to participate by telephone.

BY THE COURT;

_____
M. J.