IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL R. SMITH,** | ) | |
| | ) | Civil Action No. 00-1281 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Judge Arthur J. Schwab |
| | ) | Mag. Judge Francis X. Caiazza |
| **SUPERINTENDENT PHILIP L.** | ) | |
| **JOHNSON; PUBLICATION REVIEW** | ) | |
| **COMMITTEE TIM G. COLLINS,** | ) | |
| | ) | |
| Defendants. | ) | Electronically filed. |

**ORDER OF COURT**

AND NOW, to-wit, this ___29th___ day of ___March___ 2007, upon consideration of the foregoing **Motion for Extension of Time to File Motion for Summary Judgment Pending Settlement Conference** it is hereby **ORDERED** that this motion is **GRANTED**.

FURTHER, it is **ORDERED** that a telephonic settlement conference is scheduled for Friday, April 13, 2007 at 10:30 AM. The defendants will make arrangements for the Plaintiff to participate by telephone.

BY THE COURT;

*Francis X. Caiazza*
M. J.