```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANIEL R. SMITH,               )
                               )
      Plaintiff,               )
                               )
          v.                   )   Civil Action No. 00-1281
                               )   Judge Schwab
PHILLIP JOHNSON, TIM COLLINS   )   Magistrate Judge Caiazza
                               )   In Re:
      Defendants.              )
```

### TELEPHONE SETTLEMENT CONFERENCE

**Before: Magistrate Judge Caiazza**

**For Plaintiff: Daniel Smith- Pro Se**

**For Defendant: Mariah Passarelli, Esq.**

**Began: April 13, 2007 at 10:30 a.m.**

**Concluded: April 13, 2007 at 11:00 a.m.**

**Reporter: None**

### OUTCOME

s/J motion 10 days
30 days to respond