IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL R. SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 00-1281 |
| | ) Judge Schwab |
| PHILLIP JOHNSON, TIM COLLINS | ) Magistrate Judge Caiazza |
| | ) In Re: |
| Defendants. | ) |

### AMENDED CASE MANAGEMENT ORDER

Following a Telephone Settlement Conference, IT IS HEREBY ORDERED THAT all Motions for Summary Judgment with supporting briefs shall be filed by **April 30, 2007**. All responses to Motions for Summary Judgment are due by **May 30, 2007**.

**April 13, 2007**                    **s/Francis X. Caiazza**
                                       Francis X. Caiazza
                                       U.S. Magistrate Judge


cc:
DANIEL R. SMITH, BM-1187
SCI Fayette,
P.O. Box 99999
LaBelle, PA 15450-0999

Mariah Passarelli- Asst Atty General