### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL R. SMITH,** | ) | |
| | ) | **Civil Action No. 00-1281** |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Judge Arthur J. Schwab** |
| | ) | **Mag. Judge Francis X. Caiazza** |
| **SUPERINTENDENT PHILIP L.** | ) | |
| **JOHNSON; PUBLICATION REVIEW** | ) | |
| **COMMITTEE TIM G. COLLINS,** | ) | |
| | ) | |
| **Defendants.** | ) | **Electronically filed.** |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

AND NOW, come the defendants, Johnson and Collins, by their attorneys, Thomas W. Corbett, Jr., Attorney General, Mariah L. Passarelli, Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section and respectfully request that summary judgment be entered in their favor for the following reasons:

1.      The pleadings, depositions, answers to interrogatories, and admissions on file, etc. show that there is no genuine issue as to any material fact, pursuant to Fed.R.Civ.Pro. Rule 56(c), concerning Plaintiff's claims.

2.      The defendants are entitled to summary judgment as to Plaintiff's claims for monetary damages on the basis of qualified immunity.

3.      The defendants are entitled to summary judgment as to Plaintiff's claims for injunctive and declaratory relief because they are now moot.

4.      A brief in support is incorporated by reference.

5.      The following exhibits have been attached hereto:

**Exhibit 1**           Plaintiff's Money Transmittal and Order From for El Libro
                        Montenegro, dated November 18, 1999

**Exhibit 2**           Notification of Publications Review Committee re: El
                        Libro Montenegro dated February 18, 2000

**Exhibit 3**           Memorandum from Phillip L. Johnson to Plaintiff, dated
                        February 25, 2000

**Exhibit 4**           Report of RLUIPA Legislative History

**Exhibit 5**           RLUIPA, 42 U.S.C. § 2000cc-1

**Exhibit 6**           Declaration of Gregory S. Mohring, dated April 17, 2007

**Exhibit 7**           General DOC Memorandum from Jeffrey A. Beard, Ph.D.,
                        dated August 13, 1998

**Exhibit 8**           Plaintiff's DOC DC-1 Face Sheet

**Exhibit 9**           Memorandum from DOC re: Reopening of SCI-Pittsburgh,
                        dated January 3, 2007

                                        Respectfully submitted,

                                        Thomas W. Corbett, Jr.
                                        Attorney General

                            BY:     __/s/  Mariah L. Passarelli_____
OFFICE OF ATTORNEY GENERAL          MARIAH L. PASSARELLI
6th Floor, Manor Complex            Deputy Attorney General
564 Forbes Avenue                   PA I.D. No. 202469
Pittsburgh, PA  15219
                                    SUSAN J. FORNEY
(412) 565-3579                      Chief Deputy Attorney General
                                    Chief Litigation Section
Date:   April 18, 2007

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL R. SMITH,** | ) | |
| | ) | **Civil Action No. 00-1281** |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Judge Arthur J. Schwab** |
| | ) | **Mag. Judge Francis X. Caiazza** |
| **SUPERINTENDENT PHILIP L.** | ) | |
| **JOHNSON; PUBLICATION REVIEW** | ) | |
| **COMMITTEE TIM G. COLLINS,** | ) | |
| | ) | |
| **Defendants.** | ) | **Electronically filed.** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **Defendants' Motion for**

**Summary Judgment** was electronically filed with the Court and served upon the

following via first-class mail:

DANIEL R. SMITH
BM-1187
SCI-Fayette
P.O. Box 9999
LaBelle, PA  15450-2200

        __/s/  Mariah L. Passarelli_____
        MARIAH L. PASSARELLI
        Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-3579

Date:   April 18, 2007

3