**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL R. SMITH,** | ) | |
| | ) | **Civil Action No. 00-1281** |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Judge Arthur J. Schwab** |
| | ) | **Mag. Judge Francis X. Caiazza** |
| **SUPERINTENDENT PHILIP L.** | ) | |
| **JOHNSON; PUBLICATION REVIEW** | ) | |
| **COMMITTEE TIM G. COLLINS,** | ) | |
| | ) | |
| **Defendants.** | ) | **Electronically filed.** |

<u>**ORDER OF COURT**</u>

AND NOW, to-wit, this _____ day of _____ 2007, upon

consideration of the foregoing **Defendants' Motion for Summary Judgment** it is

hereby **ORDERED** that this motion is **GRANTED**.

BY THE COURT;

_____

J.