```
FRANCIS X. CAIAZZA                         Daniel Smith BM1187
UNITED STATES MAGISTRATE JUDGE             P.O. BOX 9999
UNITED STATES DISTRICT COURT               LaBelle, PA 15450-0999
WESTERN DISTRICT OF PENNSYLVANIA
U.S. POST OFFICE & COURTHOUSE
PITTSBURGH, PA 15219
```

*CA 00-1281*

April 18, 2007

Dear Judge Francis X. Caiazza,

I am writing to inform you that I will accept the settlement that was offered on April 13, 2007 at the 10:30 am telephonic conference.

Please notify Ms. Mariah Passarelli Asst Atty General, for the Defendants, of my decision. You said that I had ten(10) days if I wanted to change my decision. I will take you up on that offer to resolve this matter.

Ms. Passarelli offered to reimburse me for the destroyed books at $76.90. and the books; she said that she or they would re-review the books and if approved I would receive the books. If not the books could be sent to my home.

Enclosed is a copy of the books price. The difference is the cost of the postage and shipping and handling.

BOOKS TITLES & ORDER INFO:

HAVANA PUBLICATIONS
P.O. BOX 88685
Los Angeles, California 90009-8685
Phone: (310) 677-9877
E-mail: Quimbanda@aol.com

TITLE:   The Secret of Spirit Signatures vols. IV & V

    ISBN 1-886105-19-7   vol. IV   $34.95 + $3.50 Shipping and Handling
    ISBN 1-886105-20-0   vol. V    $34.95 + $3.50 S/H

TOTAL: $76.90

Thank you for you assistance in this important matter. This letter was put into the mailbox at: 4:00 p.m. Wednesday. 4-18-07

Enclosed are photo copies of the order form and price from catalog(2 pages)

One of One

*Daniel Smith*
*Sanctorum*

# EL LIBRO MONTENEGRO

## The Secret of Spirit Signatures
Caribbean Palo Mayombe & Brazilian Quimbanda
Vititi Congo Bizango Sorcery Techniques

Volume IV & Volume V

*NEW BOOK*

EL LIBRO MONTENEGRO - The Secret of Spirit Signatures - Volume IV & Volume V. This book describes how to use the magical symbols of the Congo spirits. The signatures (firmas) of the spirits used by Congolese priests to summon and awaken the divine entities are extremely secretive, rare and important to making Congo sorcery work. These mystical symbols represent the spirits in the cosmos and can open and close the doors to any spiritual dimension. In volume IV and volume V, Carlos Montenegro presents these sacred symbols for the first time in a complete compilation of authentic Congo spirit signatures of all of the major spirits of the Congo spiritual pantheon. These symbols have been used for hundreds of years in magical initiations rites as well as for powerful magic. These books also include the specific days, times, hour and the spells for each of these saced spirit symbols. If you are a practicing Congo priest you will need to have these books to strengthen your magical knowldge and communication of the spirits to perform powerful magic that really works.
Volume IV  ISBN 1-886105-19-7 $34.95
Volume V  ISBN 1-886105-20-0 $34.95

*[handwritten: 69.90 + 7.00 / 76.90]*

EL LIBRO MONTENEGRO - El Secreto de las Firmas de los Espíritu - Volumen IV & Volumen V. Este libro describe cómo usar los símbolos mágicos de los espíritus de Congo. Las firmas (Firmas) de los espíritus usados por sacerdotes Congolese para convocar y despertar las entidades divinas que están sumamente calladas, raras y importantes para hacer que la hechicería de Congo trabaje. Estos símbolos místicos representan los espíritus en el cosmos y pueden abrir y cierra las puertas a cualquier dimensión espiritual. En volúmenes IV y Volumen V. Carlos Montenegro presenta estos sagrados símbolos la primera vez en una recopilación de firmas auténticas de todos los espíritus mayores del panteón espiritual de congo. Estos símbolos se han usado para los centenares de años en ritos de la iniciación mágicas así como para magia poderosa. Estos libros también incluyen los días específicos, tiempos, hora y los hechizos para cada uno de estos sagrados símbolos de los espíritus. Si usted es un sacerdote practicando la religion congo  usted necesitará tener estos libros para fortalecer su conocimiento mágico y comunicación  con los espíritus para realizar magia poderosa que realmente trabaje.
Volumen IV  ISBN 1-886105-21-9 $34.95 USD
Volumen V  ISBN 1-886105-22-7 $34.95 USD

# *HAVANA PUBLICATIONS*

*Book Order Form*

### Retail Book Sales   Menudeo

All book orders are sent regular mail United States postage. We do not send books COD. Please include $3.50 postage and handling for each book. For express mail or overnight delivery please call our office. Please allow 4 to 6 weeks delivery time. In cases of back order you will be notified. Thank you for shopping with our publishing company. We hope that you enjoy the books.

Todos las órdenes de libros seran enviadas por el crreo regular de los Estados Unidos. Nosotros no emviamos por C.O.D. Por favor incluya $3.50 por manejo y embio por cada libro. Para correo urgente o en trega inmediata por favor llame nuestra oficina. Por favor permita 4 a 6 semanas para entrega. En casos de atrásos de ordenes usted sera notificado. Gracias por comprar con nuestra compañía de publicaciónes. Nosotros esperamos que disfrute los libros.

### Wholesale Book Sales   Mayoreo

There is a minimum book order of 6 books per title. All of our books are available at a 40% discount. For large book orders we offer larger discounts. Please call and talk with a sales representative.

Hay un minimo de 6 libro por cada titulo en la orden. Todos nuestros libros están disponibles a un 40% de descuento. Para órdenes grandes de libros nosotros ofrecemos descuentos más grandes. Por favor llame y hable con un representante de ventas.

### International Book Sales   Ventas del Libro Internacionales

For sales of international book orders, please call our office for postage rates.

Para órdenes del libros internacionales, por favor llame nuestra oficina para presios de envio.

| Book Title | Quantity | Price |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Total Price_____

Send Order To:

Havana Publications
P.O. Box 88685
Los Angeles, CA. 90009-8685
(310) 677-9877

*GRACIAS*
Thank you for your order